NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

CAUSE NO. CR25-106

IN THE INTEREST OF § HAMILTON COUNTY COURT, HAMILTON COUNTY, NEBRASKA

ALLISON STANTON aka ALLISON STANTON EL § OF HAMILTON COUNTY, NEBRASKA

## PETITION FOR WRIT OF HABEAS CORPUS

Comes Now, i: a free Woman known to use the name Allison: Stanton aka Allison-Stanton: El, a non-state citizen and paramount security interest holder to the property in collateral both registered and unregistered belonging to cestui que trust and or legal entity known as ALLISON STANTON aka Allison-Stanton: El (CR25-106), is being unlawfully held in the HAMILTON COUNTY jail on charges of contempt by the HAMILTON COUNTY SHERIFF'S DEPARTMENT who refuses to permit i: a free woman known to use the name Allison: Stanton aka Allison-Stanton: El, access to her right to freedom.

Allegations of Violations of possession of firearm by prohibited person and obstructing peace officer were made by the corporate STATE OF NEBRASKA HAMILTON COUNTY SHERIFF'S DEPARTMENT in the COUNTY of HAMILTON and the court finding the cestui que trust and or legal entity known as ALLISON STANTON aka Allison-Stanton: El (CR25-106) to be in contempt without first establishing jurisdiction over the alleged Defendant.

For these causes, i: a free woman known to use the name Allison: Stanton aka Allison-Stanton: El, move any competent court with jurisdiction to have the Defendant show cause why he is depriving i: a free woman known to use the name Allison: Stanton aka Allison-Stanton: El, of her due process and demand to be released and set at liberty immediately.

Place of claim of right: On the land of America.

I certify (or declare) under penalty of perjury under the laws of the State of Nebraska that the foregoing is true and correct.



Without Prejudice, all rights reserved

By: **Allison: Stanton aka Allison-Stanton: El**

i: a free woman known to use the name Allison: Stanton,
aka Allison-Stanton: El
In the interest of
ALLISON STANTON ~ TRUST
U.C.C 1-103.6, 1-201 and 1-308

i: a free man Allen-David: Murray
Signed on behalf of Allison: Stanto.
aka Allison-Stanton: El Page 1 of 3
by necessity.

WRIT OF HABEAS

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN -2 PM 12:03

OFFICE OF THE CLERK

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**CAUSE NO. CR25-106**

IN THE INTEREST OF § HAMILTON COUNTY COURT, HAMILTON COUNTY, NEBRASKA

ALLISON STANTON aka ALLISON STANTON EL § OF HAMILTON COUNTY, NEBRASKA

8:26 CV 248

## PETITION FOR WRIT OF HABEAS CORPUS

Comes Now, i: a free Woman known to use the name Allison: Stanton aka Allison-Stanton: El, a non-state citizen and paramount security interest holder to the property in collateral both registered and unregistered belonging to cestui que trust and or legal entity known as ALLISON STANTON aka Allison-Stanton: El (CR25-106), is being unlawfully held in the HAMILTON COUNTY jail on charges of contempt by the HAMILTON COUNTY SHERIFF'S DEPARTMENT who refuses to permit i: a free woman known to use the name Allison: Stanton aka Allison-Stanton: El, access to her right to freedom.

Allegations of Violations of possession of firearm by prohibited person and obstructing peace officer were made by the corporate STATE OF NEBRASKA HAMILTON COUNTY SHERIFF'S DEPARTMENT in the COUNTY of HAMILTON and the court finding the cestui que trust and or legal entity known as ALLISON STANTON aka Allison-Stanton: El (CR25-106) to be in contempt without first establishing jurisdiction over the alleged Defendant.

For these causes, i: a free woman known to use the name Allison: Stanton aka Allison-Stanton: El, move any competent court with jurisdiction to have the Defendant show cause why he is depriving i: a free woman known to use the name Allison: Stanton aka Allison-Stanton: El, of her due process and demand to be released and set at liberty immediately.

Place of claim of right: On the land of America.

I certify (or declare) under penalty of perjury under the laws of the State of Nebraska that the foregoing is true and correct.

Without Prejudice, all rights reserved

By: *Allison: Stanton aka Allison-Stanton: El*

i: a free woman known to use the name Allison: Stanton,
aka Allison-Stanton: El
In the interest of
ALLISON STANTON ~ TRUST
U.C.C 1-103.6, 1-201 and 1-308

i: a Free man Allen-David: Murray
Signed on behalf of Allison: Stanto
aka Allison-Stanton: El Page 1 of 3
by necessity.



WRIT OF HABEAS

# ACKNOWLEDGEMENT

As a Notary Public for said Washington County and State of Florida, I do hereby certify that on this 1st day of June, 2026, a living woman known to use the name Allison: Stanton, aka Allison-Stanton: El the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

NOTARY PUBLIC

My Commission Expires: _____5/15/2028_____

Notary Signature: _Natasha Ward_

Notary Public State of Florida
Natasha Ward
My Commission HH 527966
Expires 5/15/2028

WRIT OF HABEAS

Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on District Attorney

Successors and or assigns, pursuant to Nebraska Rule 2-5, Nebraska Rules of Civil Procedure, on

the 1st day the June, 2026.

HAMILTON COUNTY COURT
Judge Lynelle D. Homolka
Case No. # CR25-106
1111 13TH Street
Aurora, Nebraska 68818

By: *Allison: Stanton aka Allison-Stanton: El*
i: a woman known to use the name Allison-Stanton
aka Allison-Stanton: El
    In the interest of
ALLISON STANTON ~ TRUST
U.C.C 1-103.6, 1-201 and 1-308

i: a free man Allen-David: Murray
signed on behalf of
Allison: Stanton aka Allison-Stanton: El
by necessity.



WRIT OF HABEAS                                                                 Page 3 of 3

# Avouchment

> A notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction.

I, Allen-David: Murray do hereby avow that based upon my firsthand knowledge and information, this "WRIT OF HABEAS CORPUS" is true, accurate, and correct to the best of my knowledge, information, and belief and conveys the conditions set forth as intended by me.

This is with execution under the penalty of perjury; [in nature of Title 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e. "Title 28 U.S.C. § 3002 (15)(A); UCC § 9-307(H); U.S.C.A. Const. Art. 1:8:17-18"] Administration by a commissioned Notary Public in accordance, who also acknowledges the same [in accordance Fed. R. Evid. 902 (1)(B)].

Washington County    )
                      ) av.
State of Florida      )

SUBSCRIBED AND AVOWED before me this, 1st day of June A.D. 2026.

I, Natasha Ward, the Notary Public acting in good faith here duly depose, that the Man executing this document, is personally known to me and/or has presented sufficient evidence to establish lawful identity and status; I accept same as evidence of the facts presented, I depose nothing more, executed by My Signature and Seal, as authorized under my commission.

*"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State."* [U.S. Constitution, Article IV Relationships Between the States].

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

_____          (Seal/Stamp)
Notarial Official Signature
[18 U.S.C. § 1512 *Tampering with a witness...*]
[18 U.S.C. § 1519 *Destruction, alteration, or falsification of records...*]
[18 U.S.C. § 241 *Conspiracy against rights*]
[18 U.S.C. § 242 *Deprivation of rights under color of law*]

Notary Public State of Florida
Natasha Ward
My Commission HH 527986
Expires 5/15/2028

My Commission Expires: 05-15-2028



Greetings,

Please file Habeas Corpus into a miscellaneous file and Send back an exemplified Copy to:

Allen-David: Murray
C/o 30892 Snowberry Lane
Murrieta, California 92563

Attached is a US Postal money order in the amount $29.00

$24.00 for Exemplified copy
$5.00 for Habeas Corpus filing fee

Thank you!    P.S. Self addressed/ Postage Paid envelope included for return of exemplified copy.

Sincerely,

Al

RECEIVED
JUN - 2 2026
CLERK
U.S. DISTRICT COURT

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

RECEIVED

JUN - 2 2026

CLERK
U.S. DISTRICT COURT

Roman L. Hruska Federal Courthouse
111 South 18th Plaza Suite 1152
Omaha, Nebraska 68102



CLERK
U.S. DISTRICT COURT

JUN - 2 2026

RECEIVED

Allen-David: Murray
c/o 30892 Snowberry Lane
Murrieta, Calif. 92563

PRESS FIRMLY TO SEAL      MIX Board FSC® C116916    PAPER POUCH how2recycle.info    PRESS FIRMLY T[...]

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ▪ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This package is made from post-consumer waste. **Please recycle - again.**

**FOR DOMEST[...]**
**PLACE [...]**

▪ **Guaranteed** [...]
▪ **Guaranteed** [...]
▪ **USPS Tracki[...]** and many int[...]
▪ **Pick up avail[...]**
▪ **Domestic shi[...]** (restrictions a[...])
▪ **Signature inc[...]**

* Money Back Guar[...] select Internationa[...] See DMM and IMM[...]
** Insurance does no[...] claims exclusions [...] *http://pe.usps.com*
† Money Back Guara[...]

WHEN USED INTERNATIO[...]

 UNITED STATES POSTAL SERVICE.    **Retail**

 **E**    US POSTAGE PAID
**$35.90**    Origin: 92563
06/01/26
0552760564-12

### PRIORITY MAIL EXPRESS®

ALLEN-DAVID. MURRAY
30892 SNOWBERRY LN
MURRIETA CA 92563-2385
(470) 865-8800    0 Lb 3.50 Oz
**RDC 07**

SCHEDULED DELIVERY DAY: 06/02/26 06:00 PM

REC[...]
JUN - [...] 2026    **C016**
[...]DISTRICT COURT

SHIP
TO:

(402) 661-7350
ROMAN L. HRUSKA FED COURTHOUSE
STE 1152
111 S 18TH PLZ
OMAHA NE 68102-1322

**USPS TRACKING® #**



9570 1141 0181 6152 8098 85



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info       **UNITED STATES POSTAL SERVICE**®